No. 1, Orig.  WISCONSIN ET AL. *v.* ILLINOIS ET AL.;

No. 2, Orig.  MICHIGAN *v.* ILLINOIS ET AL.; and.

No. 3, Orig.  NEW YORK *v.* ILLINOIS ET AL.  Report of the Special Master received and ordered filed.  Exceptions, if any, to the report may be filed within 14 days.  Replies, if any, to the exceptions may be filed within seven days.  Report of the Special Master with respect to costs received and ordered filed.  JUSTICE MARSHALL took no part in the consideration or decision of these orders.  [For earlier order herein, see, *e. g.*, 441 U. S. 921.]

No. 83, Orig.  MARYLAND ET AL. *v.* LOUISIANA.  Report of the Special Master on Motions of the Plaintiffs for Judgment on the Pleadings and of the Defendant for Dismissal of the Complaint received and ordered filed.  Report of the Special Master filed May 14, 1980, and Report of the Special Master filed October 6, 1980, are set for oral argument in due course. [For earlier order herein, see, *e. g.*, 447 U. S. 902.]

No. 78–1841.  CUYLER, CORRECTIONAL SUPERINTENDENT, ET AL. *v.* ADAMS.  C. A. 3d Cir.  [Certiorari granted, 444 U. S. 1069.]  Motion of respondent for leave to proceed further herein *in forma pauperis* granted.

No. 79–395.  UNITED STATES *v.* MORRISON.  C. A. 3d Cir. [Certiorari granted, 448 U. S. 906.]  Motion of respondent for appointment of counsel granted, and it is ordered that Salvatore J. Cucinotto, Esquire, of Philadelphia, Pa., be appointed to serve as counsel for respondent in this case.

No. 79–770.  ENVIRONMENTAL PROTECTION AGENCY *v.* NATIONAL CRUSHED STONE ASSN. ET AL.; and COSTLE, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY *v.* CONSOLIDATION COAL CO. ET AL.  C. A. 4th Cir.  [Certiorari granted, 444 U. S. 1069.]  Motion of the Solicitor General to permit Andrew J. Levander, Esquire, to present oral argument *pro hac vice* granted.